# EXHIBIT D

## ERIKA-MOCHA SUELL - Fw: concerns of Lactation Room

**From:** SASHAY ALLEN <philshay04@yahoo.com>
**To:** ERIKA-MOCHA SUELL <ERIKA-MOCHA.SUELL@EEOC.GOV>
**Date:** 9/28/2011 5:07 PM
**Subject:** Fw: concerns of Lactation Room

---

**From:** Fisher, Wanda (MPD)
**Sent:** Wednesday, June 22, 2011 8:08 AM
**To:** Allen-Brown, Sashay (MPD)
**Cc:** Herold, Jeffrey (MPD); Charland, Antonio (MPD); Wheeler-Moore, Alesia (MPD)
**Subject:** RE: Lactation Room

Officer Brown. I was just informed that you were using the room. This was brought to my attention by Lt. Wheeler. I realize that you are just returning to the Second District, but there is a process. First, please send me an e-mail advising me the dates and time that you have previously used the Lactating room. In the future you must sign in and out on the Lactation Request Form and Book. This indicates the time and the date that you wish to utilized they room. It also provides you with the opportunity to have privacy while utilzing this room and give me an idea of how many times it is being used and how often it should be cleaned. You may also feel free to let me know about issues of cleanliness as you have in the below e-mail.

The cleanliness of the room will be taken care of immediately. The book will be left in the station and you can send me a request via e-mail if you should have any other questions or concerns. I can be reached in the station on 202-715-7300 .

Thanks!

Sgt Wanda A. Fisher.

**From:** Wheeler-Moore, Alesia (MPD)
**Sent:** Wednesday, June 22, 2011 7:57 AM
**To:** Fisher, Wanda (MPD)
**Subject:** FW:


**From:** Allen-Brown, Sashay (MPD)
**Sent:** Thursday, June 09, 2011 5:21 AM
**To:** Wheeler-Moore, Alesia (MPD)
**Subject:**

GoodMorning Lt.

I was emailing you to ask who do I address about the Lactation Room? My concerns are the cleaniest of the room. I The floor needs to be swept and mopped. Also On several occasion Ive went there to Lactate and there was hair all over the table and floor..

Thank you