# EXHIBIT E

# GENERAL ORDER



**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Title | Uniforms and Equipment |
| Topic/Number | GO-PER-110.11 |
| Effective Date | July 22, 2002 |
| Distribution | B |
| Replaces/Rescinds | General Order 1101.1 (Personal Appearance, Uniforms & Equipment)<br>Special Order 93-19 (Clothing and Equipment)<br>Special Order 96-8 (Wearing of Uniform Hats)<br>Special Order 99-22 (Wearing of Uniforms)<br>Special Order 00-22 (Surrendering of Service Weapon While Conducting Child Support Business) |

I.   Background..........................Page 1  
II.  Policy...................................Page 1  
III. Definitions...........................Page 1  
IV.  Regulations........................Page 2  
V.   Procedural Guidelines.......Page 3  
III. Cross References...............Page 12  

I. **BACKGROUND**

This order establishes the procedures for the issuance, wearing, care, and maintenance of uniforms and equipment. Members assigned to plainclothes or undercover investigations shall conform to the provisions of this order that apply to them. This order shall apply to civilian members where indicated.

II. **POLICY**

It is the policy of the Metropolitan Police Department (MPD) to ensure that all sworn and civilian members understand and follow the guidelines pertaining to the appropriate wear and care for the uniform and equipment while representing the Department.

III. **DEFINITIONS**

When used in this directive, the following terms shall have the meanings designated:

1. Class "A" Service Uniform — consists of the issued blue dress blouse with long sleeves, uniform shirt and midnight blue tie, all-season trousers, eight-point service hat, and any approved shoes.

2. Class "A" Dress Uniform — shall be the same as the service uniform except the white shirt will replace the blue shirt. The Class "A" dress uniform shall be worn by members on ceremonial occasions (e.g., Awards Ceremonies, Recruit Graduations, Funerals, etc.) or on occasions as designated by the Chief of Police.

3. Class "B" Service Uniform — consists of a nylon or leather jacket, long sleeved blue shirt with tie; or short sleeved blue shirt without tie, all-season trousers, eight-point service hat, and any approved shoes.

**Attachment #2**

4. Class "B" Detail Uniform — consists of the same as the service uniform except members the rank of sergeant and above will wear a white uniform shirt. The Class "B" Detail Uniform shall be worn for certain special events and details as designated by the Chief.

5. Class "C" Uniform — consists of a utility jacket, long sleeved utility shirt with tie or short sleeved utility shirt without tie, utility trousers, issued utility cap or eight-point service hat, and any approved shoes. Only members authorized to wear the utility uniform or jumpsuit may wear the Class "C" Uniform.

6. Class "D" Uniform — consists of all other approved uniforms (e.g., ERT, BDU, Harbor Patrol, etc.)

7. Soft-Body Armor — is a protective vest composed of a cotton carrier and ballistic panels. When wearing the soft-body armor, members shall wear all issued protective panels.

8. Outer Vest — is an alternative to the soft-body armor that is worn outside of the shirt. Medical Services Division shall determine whether a person is unable to wear the soft-body armor and therefore is permitted to wear the outer vest.

## IV. REGULATIONS

A. Members shall maintain a clean and neat appearance while in uniform.

B. Sworn and civilian members regularly assigned to duty in uniform shall wear such uniform only when on active duty; going to and from their duty station, court, or other post of duty.

C. Sworn members regularly wearing uniforms shall wear the Class "B" Service uniform while engaged in outside employment, unless the wearing of business attire is approved as provided in General Order 201.17 (Outside Employment and Financial Statements).

D. Members shall not wear or use any part of the uniform or equipment except as permitted by the provisions of this order, the District of Columbia Municipal Regulations (DCMR) Title 6A, or as required in the performance of their duties as a member of the Department.

E. Officials shall ensure that members are wearing the proper uniform and equipment and are maintaining a proper appearance based on the requirements set forth in this order.

F. Officials shall ensure that members who claim medical reasons for deviation from the uniform, equipment and appearance policies prepare a PD 42 documenting the reason for the claim. Member must then respond to Medical Services to obtain a current medical waiver from the clinic.

V.   **PROCEDURAL GUIDELINES**

   A.   Uniforms

   1.   On October 1 members shall change over from the short sleeve shirt to the long sleeve shirt.

   2.   On May 1 members shall change over from the long sleeve shirt to the short sleeve shirt.

   3.   If the temperature is 60° or above between October and May, the member may wear the short sleeve shirt with a jacket.

   4.   If the temperature is 60° or below between May and October, the member may wear the long sleeve shirt.

   5.   Sworn members appearing before a Disciplinary Hearing Board shall report in the uniform of the day. Sworn members assigned to casual or plain clothes duty shall report in civilian attire suitable for an appearance in court. These same guidelines apply to officials sitting as members of an adverse action panel or trial board.

   6.   White or blue undershirts may be worn with any uniform, provided that:

      a   No lettering or designs appear through the uniform shirt;

      b.   When the top of an undershirt is visible with an open collar, the color of the undershirt shall be white;

      c.   Members wearing white uniform shirts shall wear a white undershirt or undergarment, and

      d.   Sleeves of the undershirt shall not extend past the sleeves of the short sleeve shirt.

   7.   The blouse shall be worn in the following instances:

      a.   The non-tapered blouse shall be worn for dress occasions and those occasions prescribed by the Chief of Police or his designee, and it shall be worn over the issued administrative holster.

      b.   Members attending the funeral of another member shall wear the appropriate uniform or court attire regardless of the circumstances of death. If a member is on duty, he/she may pay their respects in the uniform of the day.

      c.   The tapered blouse with Sam Browne belt hooks shall only be worn by:

     (1)    Members of the Ceremonial Honor Guard,

     (2)    Members assigned to the Special Operations Division, e.g., motorcycle operators, and

     (3)    Members of the Mounted Unit.

8. A navy-blue turtleneck may be worn:

    a. Under the long sleeve uniform shirt without a tie, provided that only the collar button of the shirt is unbuttoned or when the long sleeve shirt is worn with a uniform jacket. A turtleneck shall not be worn under the uniform blouse.

    b. Under the authorized military-style sweater without a long sleeve shirt.

    c. The turtleneck shall not display writing or logos on the collar/neck band, with the exception of the letters "MPD" in silver embroidered block lettering no larger than 1" in height.

    d. Turtlenecks shall be purchased at the member's expense.

9. Sweaters

    a. Members may wear an authorized, non-issued military sweater. This sweater shall be purchased at the member's expense.

    b. The military sweater shall be black or navy blue and worn only over the regulation shirt and tie or turtleneck. The sweater is to have a Department patch on the left shoulder, the Washington, D.C. Patch on the right side, and devices to permit a badge, nameplate, and rank insignia to be displayed.

10. Leather Jacket

    a. Members may wear a waist-length leather jacket in place of the issued nylon jacket.

    b. The leather jacket:

       (1) Shall be of the color and style specified by the Uniform and Equipment Board;

       (2) Shall be worn over the regular shirt and tie;

    (3)    Shall be purchased at the member's expense, with the exception of motor officers assigned to the Special Operations Division where the leather jacket is a standard issue; and

    (4)    Shall display the nameplate, badge, and rank insignia, if appropriate.

    (5)    Shall have the Department Patch on the left shoulder and DL experience patch on the right shoulder.

11. High Visibility Raincoats

    a.    Members issued raincoats shall wear them during periods of inclement weather with the high visibility side "out" while assigned to traffic control.

    b.    Members on high visibility crime patrol may be required to wear their raincoats during periods of inclement weather, with the high visibility side (orange side) "out" at the discretion of their commanding officer.

12. Uniform Hats

Members shall wear the uniform hat or helmet when in uniform, except when inside a vehicle or building, unless otherwise directed.

    a.    A teletype shall be issued during urban heat advisories, as declared by the National Weather Service, announcing that the wearing of the uniform hat is optional.

    b.    Uniform hats shall be worn for all ceremonial occasions and special assignments declared by the Chief of Police.

    c.    Uniform hats and helmets shall be worn when members are on special details (e.g., Special Events, CDU, Traffic, Presidential, etc.).

    d.    Supervisors may direct that hats be worn when, in their judgement, circumstances arise in which the wearing of the uniform hat would be appropriate.

    e.    The uniform hat shall fit squarely on the head so that the top is flat and not tipped back or to the side.

    f.    The front brim shall be on the forehead approximately one and one-half (1-1/2) inches above the eyebrows.

g. Grommets shall not be shortened in circumference or removed from the uniform hat.

h. Members, whose duties require the wearing of a helmet during extended details or for prolonged periods of time, may remove their helmet for brief periods to relieve discomfort caused by continuous wearing.

i. The wearing of a baseball cap is prohibited, except when specifically authorized and issued by the Equipment and Supplies, Uniform and Equipment Section, as part of the issued uniform.

j. The "trooper-style" winter uniform cap, with the Department's seal on the front, may be worn in place of the issued eight-point hat during periods of cold weather.

13. Insignias

a. The identification nameplate shall be visibly worn on the uniform, centered over the right breast pocket, with the bottom of the plate resting on the top seam of the pocket.

b. When worn on a jacket, other than the blouse, it shall be worn in the tab on the right breast provided for that purpose.

c. The foreign language designation pin shall be placed on the lower left-hand corner of the flap of the right-hand shirt pocket.

d. Rank insignias shall be worn as:

(1) Epaulet sleeves on the uniform shirt and the authorized military-style sweater.

(2) Silver metallic insignia on the uniform blouse and jackets.

e. Rank insignias shall be as follows:

(1) Chief of Police (Four Silver Stars),
(2) Executive Assistant Chief (Three Silver Stars),
(3) Assistant Chief (Two Silver Stars) or (One Silver Star),
(4) Commander (Silver Eagle),
(5) Inspector (Silver Oak Leaf Cluster),
(6) Captain (Two Silver Bars),
(7) Lieutenant (One Silver Bar),
(8) Sergeants (Three Chevrons),
(9) Master Patrol Officer (Patch)
(10) PFC Officer (1 Chevron)
(11) Officer (Badge)

    f.    Service stripes shall be worn as specified in Title 6A of the DCMR.

    g.    Members with the insignia indicating the year of appointment shall place the insignia immediately below, and attached to, the nameplate (The insignia is optional and shall be of the specifications and design established by the Uniform and Equipment Board).

14.    Uniformed members shall, at all times, maintain at least one complete change of uniform in their assigned locker at their organizational element.

15.    Soft-Body Armor (CALEA 41.3.5 & 41.3.6)

    a.    Members the rank of Sergeant and below, while in uniform, and assigned to patrol street duties shall wear their Department issued soft body armor under the uniform shirt unless a medical waiver is provided.

    b.    Captains and Lieutenants, in uniform and while actively engaged in street patrol or other high-risk activities, shall also wear their soft body armor under the uniform shirt, unless a medical waiver is provided.

    c.    Members assigned to plainclothes duty while participating in raids, stakeouts, and turn-ups, as well as any other high-risk assignment shall wear the Department-issued soft-body armor. This armor may be worn either inside or outside the outer garment, at the direction of the unit commander, commensurate with the mission of the unit.

    d.    Uniformed members assigned to administrative duties shall not be required to wear the soft-body armor.

    e.    The soft-body armor may be worn for any assignment that the commanding officer of an element deems appropriate.

    f.    A member who for health related reasons cannot wear the issued soft-body armor may request authorization to wear the "outer vest" body armor. Once the request is approved, the member shall deliver the authorization notice to the Uniform and Equipment Section to receive the "Outer Vest" body armor.

    g.    If the "outer vest" is out of stock, the Commander/Director shall determine if the member will be allowed to wear the soft-body armor on the outside of the uniform shirt, or if the member shall be assigned to administrative duties until the "outer vest" becomes available.

  h. Female police officers, who are pregnant, shall not be exempt from the wearing of the soft-body armor while in uniform. Female police officers experiencing difficulty wearing the soft-body armor, due to pregnancy, shall request a medical certificate, recommending placement on limited duty, from their private doctor. The Director, Medical Services Division, shall place the member in a limited duty status.

16. Loss of or Damage to Uniforms and Equipment

  a. All incidents of loss of property, or incidents, resulting in irreparable damage to items of District Government property or issued Department property, shall be reported on the PD Form 43 as soon as possible, but (Report of Damage To or Loss of Government Property) within 24 hours.

  b. All performance of duty incidents involving normal duty related use and wear, which result in minor damage to uniform clothing, (e.g., rips, tears, etc.) shall be reported on the PD Form 43-A (Report and Certification of Performance of Duty Damage to Articles of Uniform).

  c. The PD Form 43-A shall be prepared by the reporting member and certified by the on-scene supervisor/investigating official.

  d. Members reporting the loss of identifiable Department property (items marked with identifying numbers, e.g., badge, pistol, identification card, etc.) or reporting the loss of property as a result of the occurrence of a criminal offense, shall, in addition to the PD Form 43, prepare a PD Form 251 (Event Report).

  e. Where it is shown through investigation that such loss or damage occurred through negligence on the part of the member, he/she may be required to replace the item(s) at his/her own expense.

  f. If the lost or stolen item is recovered after a member has reimbursed the Department and the Appeals Board subsequently determines that the loss was not the result of employee's negligence, all monies previously paid will be returned to the member.

  g. If the lost or stolen item is recovered after a member has reimbursed the Department and the Appeals Board subsequently determines that the loss did occur as a result of employee negligence, monies previously paid, minus administrative costs, will be returned to the member.

  h. Members shall submit their request for reimbursement in writing to the Manager, Equipment and Supplies Branch, through their commanding officer, citing the specific circumstances that might warrant a refund.

B. Equipment (CALEA 41.3.4)

 1. Holsters

  a. While in uniform, members shall wear the holster issued to them for carrying their service weapon.

  b. The regulation holster shall be worn so that the butt of the weapon extends to the rear.

  c. On duty members not in uniform may wear a non-issued holster, provided that:

   (1) The member's commanding officer has authorized the wearing of the holster;

   (2) The non-issued holster accommodates the type of duty performed;

   (3) The holster has been approved by the Range Officer for use with the member's service weapon; and

   (4) Approved leg holsters may be worn in lieu of the regular Department-issued holster, while wearing civilian attire.

 2. Weapons

  a. Members on duty shall carry their issued service weapon.

  b. While in any building not occupied in whole by the Department, members not in full uniform shall carry their service weapon so as to conceal it from view, except while inside offices used exclusively by the Department.

  c. Members shall not carry their service weapon into any courtroom, hearing room, or other room during the proceedings in any matter in which they have a personal interest. In order to facilitate this, members attending Superior Court on personal matters shall store their firearms at the Court Liaison Division.

d.  Members shall not carry their service weapon into the Office of the Corporation Counsel, Child Support Enforcement Division when attending to their personal child support cases. Upon entering 441 4th St., members handling personal child support cases shall:

   (1) Report to the Watch Command Office on the first floor,

   (2) Surrender their weapon in the weapons lockbox, provided by the Protective Services Division

   (3) Retain the key until the business is finished, and

   (4) Retrieve his/her weapon from the lockbox when the business is concluded.

e.  Members shall not carry their service weapon in a paper bag, vehicle compartment, pocketbook or purse, attaché case, or any similar device.

f.  Members, while wearing civilian clothing in an off-duty status, within the District of Columbia, shall wear their Department-issued weapon and holster in a manner that conceals the weapon from view.

g.  Members, while in an off-duty status and carrying their Department-issued weapon in another jurisdiction, shall carry their weapon in an issued or authorized off-duty holster at all times, except, when removing it for official use, to clean the weapon, or for the purpose of inspection. In addition, members shall ensure that they are in compliance with all applicable rules, regulations and laws of that jurisdiction.

3. Identification Cards and Badges

   a. Sworn members, while off-duty in the District of Columbia, shall:

   (1) Carry their badge and identification card at all times;

   (2) When not in uniform, secure their badge so as to conceal it from view; and

   (3) Carry their police badge in such a manner that it is not visible to the public when in civilian attire, unless a situation arises requiring members to take police action. In those instances, members:

   (a) May wear their badge on civilian attire to identify themselves as police officers; and

        (b)    Shall conceal the badge from view as soon as the situation requiring police action has been handled.

    b.    Sworn members while on-duty shall carry their badge and identification card at all times. This provision shall not apply to members in undercover assignments.

    c.    Whether inside or outside the District of Columbia, members shall not leave their badge or identification card in an automobile or other location that is readily accessible to other individuals.

    d.    While on duty, sworn members not in uniform and civilian members shall wear their Department-issued picture identification badge attached to their outermost garment or hung from a chain or similar device.

    e.    For safety reasons, whether on or off duty, civilian Commanders and Directors issued the brass identification badge shall not wear the badge in any manner that allows the badge to be visible to the public.

4.    Sam Browne Belt

The following provisions for the wearing of the leather Sam Browne belt and equipment shall be complied with by all members of the force who are assigned to uniformed field operations.

    a.    The Sam Browne belt shall not be worn with the uniform summer blouse.

    b.    When either the short or long sleeve shirt is worn as part of the uniform of the day, the Sam Browne belt shall be worn in such a manner as to completely cover the waistband area and/or any inner belt.

    c.    Members may wear the authorized, non-issued solid brass buckle with the MPD shoulder patch emblazoned in the center, or the 125th Anniversary buckle, in place of the square brass buckle (as described in Title 6A, section 601.6, of the DCMR) when wearing the leather Sam Browne Belt.

        (1)    The MPD shoulder patch buckle may be worn only with the design as it appears on the face; and

        (2)    Either buckle shall be covered when worn with the leather Sam Browne belt.

        d.    The Sam Browne belt shall contain the following mandatory equipment: the Armament Systems Procedures (ASP) baton, Oleoresin (OC) spray, handcuffs, holster, and the issued flashlight.

    5.    Pagers

        Members are permitted to wear black pagers that shall be set on a vibrating mode when on duty.

    6.    Cell Phones

        Members are permitted to carry black cell phones.

## VI. Cross-references

    A.    Related Directives

        GO – RAR – 901.02 (Wearing of Personal, Non-Issued Pistols and Holsters)
        GO – PCA – 701.01 (Courts and Hearings)
        GO – PER – 201.17 (Outside Employment and Financial Statements)
        GO – ADM – 201.05 (Awards Policy)

    B.    Related Legal Source

        DCMR 6A (Chapter 6) Uniforms and Equipment

Charles H. Ramsey
Chief of Police

Attachments

CHR:NAJ:rsk