# EXHIBIT F



## Second Police District

3320 Idaho Avenue, Washington D.C., 20016 (202) 715-7300 FAX (202) 715-7300

June 12, 2011

**MEMORANDUM**

TO: Commander *Denied*
Second District

THRU: Captain *Noted*
Second District   6-15-11

THRU: Lieutenant
Second District

SUBJECT: Request to be detailed to the station

I am respectfully requesting to be detailed to the Second District's Station on the midnight tour of duty. I am presently assigned to PSA 207. On March 7, 2011, I had a baby and returned to work on May 2, 2011. I am presently breast feeding and lactating every two to three hours. Because of my condition, I am unable to wear my vest on the inside or the outside. Wearing my vest is extremely painful and could clog my ducts and slow down the production of my milk supply. I am asking this to be handled at the district level so that I can continue to work at the Second District. My son is 12 weeks old and I will be nursing him until he is a year old. Please consider this request, it would be greatly appreciated.

Officer
Sashay Allen-brown
PSA 207

*Sashy Allen-Brn*