# EXHIBIT G


Police & Fire Clinic

(202) 269-7400  Fax: (202) 269-7827

## Limited Duty Certification Form

Organization: MPD                                 Incident #:
Name: Sashay L Allen-brown                        Social Security #:

The above named member may work with the following restrictions:
   Total # of Hours: Full
   Days per Week: Full
   Beginning:

**PHYSICAL RESTRICTIONS:**



Other: chest . Unable to wear the vest at all


Lifting - no greater than: 1-10 lbs


   May stand for as tolerated minutes with a  minute positioning break per patient tolerance.
   May walk for as tolerated minutes with a  minute positioning break per patient tolerance.
   May sit for as tolerated minutes with a  minute positioning break per patient tolerance.

[ ] Avoids stairs repetitively          [ ] No running              [ ] No active fire fighting duties
[ ] Desk work only                      [ ] No driving              [X] No outside patrol
Other Limitations: officer cannot wear the protective vest


If 'Yes' and injury is POD, then member may attend during work hours. The sessions must be verified by the Member's unit to ensure attendance.

These limitations will remain in effect until further written notice:

_____  06/23/2011
Provider Signature              Date

Rangamani Murthy MD
Provider Name (print)

Continue restrictions as listed above from:

File Copy