# EXHIBIT H



Professional Development Bureau
Human Resource Management Division
Medical Services Branch

920 Varnum Street NE, Washington D.C., 20017   (202) 269-7400 (voice) (202) 269-7416 (fax)

**MEMORANDUM**

TO:       Officer Sashay L. Allen-Brown
          Second District

FROM:     William B. Sarvis, Jr.
          Director
          Medical Services Branch

DATE:     June 24, 2011

SUBJECT:  Authorization to work in a Limited Duty Capacity

It has come to my attention that you responded to the Police & Fire Clinic on June 23, 2011 and reported that due to circumstances surrounding a medical condition not related to your employment, you were now unable to complete the full range of duties and requirements of a Metropolitan Police Department Officer. Following an examination by a Clinic Physician, a determination was made to change your *Medical Duty Status* from "full duty" to "limited duty." This duty status change was made as the result of a condition not related to the performance of your duties as a police officer.

Notwithstanding your failure to complete the *Request for Authorization to Participate in the Limited Duty Program*, I have reviewed your case and determined that you will not receive authorization to participate in the limited duty work program.

Effective June 25, 2011, and until the physicians at the Police & Fire Clinic determine that you may work in a full duty capacity, you will be placed in a chargeable sick status. If you do not have sufficient leave to cover your absence from work, you will be placed on leave without pay until it is determined that you may return to full duty.

_____
Officer Sashay L. Allen-Brown

Served by:  (Print) _Antonio Chaelane_

            (Signature) _____

            (Date/Time) __6/24/11  2134 hrs__